# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JULIA A. RATLIFF and RAYLYN M. RATLIFF, Co-Administrators of the Estate of Cinthia K. Ratliff ) ) ) ) | CASE NO: 2:15-cv-00076-MHW-KAJ ) JUDGE MICHAEL H. WATSON |
| Plaintiffs, ) ) | |
| v. ) ) | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| BOSTON SCIENTIFIC CORPORATION ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant. ) | |

Upon representation of counsel that this case has been settled between the parties, it is hereby:

**ORDERED** that the docket be marked "settled and dismissed with prejudice. Each party to bear its own costs herein." The Court retains jurisdiction 1) to enforce the terms of paragraphs 7(f) and 16 of the Protective Order (Doc. #15), entered herein by this Court on July 21, 2015, and further, 2) to enforce the terms of the settlement agreement reached between the parties; either or both as may be necessary.

**SO ORDERED.**

_____
United States District Judge

Exhibit A

{28078 / 02295660 - 1}